```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
TRUSTEES OF THE NEW YORK CITY DISTRICT          ELECTRONICALLY FILED
COUNCIL OF CARPENTERS PENSION FUND,             DOC #:
WELFARE FUND, ANNUITY FUND, and                 DATE FILED: 12/20/2019
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES
OF THE NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, THE CARPENTER                 19 Civ. 11646 (AT)
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK, and the NEW YORK CITY DISTRICT        ORDER
COUNCIL OF CARPENTERS,

                            Petitioners,

            -against-

ARISTA PLUMBING, HEATING & PIPING CORP.,

                            Respondent.
```

ANALISA TORRES, District Judge:

On December 20, 2019, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is ORDERED that:

1. By **January 17, 2020**, Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **February 7, 2020**, Respondent shall file its opposition; and

3. Petitioners' reply, if any, is due by **February 14, 2020**.

IT IS FURTHER ORDERED that by **January 10, 2020**, Petitioners shall serve a copy of the petition and this order upon Respondent by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, and upon the secretary of state, pursuant to N.Y. Bus. Corp. Law § 306. By **January 17, 2020**, Petitioners shall file an affidavit of such service.

SO ORDERED.

Dated: December 20, 2019
       New York, New York

                                                ANALISA TORRES
                                                United States District Judge